UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VICTORIA BROWN,

    Plaintiff,

v.

                                            Case No. 13-11086
                                            Hon. Lawrence P. Zatkoff

ORLANS ASSOCIATES, P.C., and
LINDA ORLANS

    Defendants.
    _____/

**OPINION AND ORDER**

AT A SESSION of said Court, held in the United States Courthouse,
in the City of Port Huron, State of Michigan, on May 31, 2013

PRESENT: THE HONORABLE LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE

On April 12, 2013, this Court dismissed Plaintiff's cause of action. On April 15, 2013, Plaintiff filed a Motion for Judicial Notice Pursuant to Rule 12(f) to Strike Defendants Response Pursuant to Federal Rules of Evidence 602 ("Motion for Judicial Notice") (Docket #8).

As Plaintiff's cause of action had been dismissed on April 12, 2013, there was no pending cause of action (*i.e.*, case or controversy) pending before the Court on April 15, 2013. In the absence of a pending case or controversy, the motion filed by Plaintiff is moot. Therefore, the Court DENIES AS MOOT Plaintiff's Motion for Judicial Notice (Docket #8).

IT IS SO ORDERED.

                                                                    S/Lawrence P. Zatkoff
                                                                    HON. LAWRENCE P. ZATKOFF
                                                                    U.S. DISTRICT JUDGE

Dated: May 31, 2013