UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DR. VICTORIA BROWN,

 Plaintiff,         Case No. 2:13-cv-11086
                Hon. Lawrence P. Zatkoff

v.

ORLANS ASSOCIATES, P.C.,
AND LINDA ORLANS,

 Defendants.
_____

### ORDER TO CANCEL NOTICE OF LIS PENDENS

      At a session of court held in the
      courthouse in Port Huron, Michigan,
      on June 19, 2014

    Present: Honorable Lawrence P. Zatkoff
        U.S. DISTRICT JUDGE

 This court has reviewed the motion of Defendant requesting cancellation of a notice of lis pendens filed in this action on March 21, 2013, covering property described as:

  Land situated in the City of Troy, Oakland County, State of Michigan:

  Part of the Southeast ¼ of Section 20, Town 2 North Range 11 East, City of Troy, County of Oakland, State of Michigan, more particularly described as:

  Beginning at a point on the South Line of Section 20, Town 2 North Range 11 East being due west 729.5 feet from the southeast corner of said section; thence continuing due west 300.00 feet, Thence due North 809.30 feet; thence South 89 degrees 3 minutes 17 seconds East 300.04 feet; thence due South 804.35 feet to the point of beginning, except the south 102.00 feet thereof.

  Commonly Known As: 1650 West Big Beaver Troy, Michigan 48084

IT IS ORDERED:

The notice of lis pendens filed in this action on March 21, 2013, Liber 45540, Page 820, Oakland County Records, covering the property described above, is canceled, and the register of deeds must record cancellation of the notice of lis pendens in accordance with the terms of MCL 600.2725.

IT IS SO ORDERED.

                                                    s/Lawrence P. Zatkoff
                                                    HON. LAWRENCE P. ZATKOFF
                                                    U.S. DISTRICT JUDGE

Dated: June 19, 2014